**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
**Eastern Division**

Venice PI, LLC
                    Plaintiff,

v.                                      Case No.: 1:17−cv−06422
                                              Honorable Harry D. Leinenweber

Does 1−20
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 27, 2017:

      MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 9/27/2017. Plaintiff's Motion for leave to take discovery prior to Rule 26(f) conference[6] is granted. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.